AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| RICHARD MEYER, <br><br> *Plaintiff(s)* <br> v. <br> MARK WAID, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-00800LY |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARK WAID
1127 6th Street, #401
Santa Monica, California 90403
(or wherever he may be found)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel H. Byrne
Fritz, Byrne, Head & Gilstrap, PLLC
221 W. 6th Street, Suite 960
Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**Jeannette J. Clack**
*CLERK OF COURT*

Date: September 19, 2018

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-00800LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mark Waid
was received by me on *(date)*  September 20, 2018 .

☒ I personally served the summons on the individual at *(place)* 1126 6th Street. Suite 104. Santa Monica, CA 90403
on *(date)* 9/21/2018. 7:00pm  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  September 24, 2018

*Server's signature*

Jorge Rivera, Los Angeles, CA Process Server No.: 4690
*Printed name and title*

K. N. R. ATTORNEY SERVICE
2511 West 3rd Street. Suite 210. Los Angeles, CA 90057
Tel.: 877-803-4478
*Server's address*

Additional information regarding attempted service, etc:
Caucasian / White Male, 50 Years Old, 5 Feet' Six Inches Tall, 220 Lbs, Brown Hair.