UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § § | |
| Plaintiff, | § § | CASE NO. 1:18-CV-00800-LY |
| v. | § § | |
| MARK WAID, | § § | |
| Defendant. | § § § | |

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR MOTION PURSUANT TO FED. R. CIV. P. 12

TO THE HONORABLE UNITED STATES DISTRICT COURT:

1.  Defendant Mark Waid ("Defendant") was served by Richard Meyer ("Plaintiff") in this case on September 21, 2018. Defendant's deadline to file his answer or a motion pursuant to Fed. R. Civ. P. 12 is October 12, 2018.

2.  Defendant requests that the Court extend the deadline for Defendant to file his answer or a motion pursuant to Fed. R. Civ. P. 12 by three weeks, until November 2, 2018.

3.  Defendant requests the extension to allow him sufficient time to prepare his answer or a motion pursuant to Fed. R. Civ. P. 12.

4.  This motion has been filed prior to the expiration of Defendant's deadline to file his answer or a motion pursuant to Fed. R. Civ. P. 12.

5.  **Certificate of Conference**: Counsel for Defendant, Beverly Reeves, has conferred with counsel for Plaintiff, Dan Byrne, regarding the relief requested in this motion. Plaintiff consents to the proposed extension requested in this motion.

-2-

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court sign the attached order granting the extension requested herein.

Respectfully submitted,

REEVES & BRIGHTWELL LLP

*/s/ Beverly Reeves*
Beverly Reeves
State Bar No. 16716500
breeves@reevesbrightwell.com
Ryan Pierce
State Bar No. 24035413
rpierce@reevesbrightwell.com
221 W. 6th Street, Suite 1000
Austin, TX  78701-3410
512.334.4500 Telephone
512.334.4492 Facsimile

**ATTORNEYS FOR DEFENDANT MARK WAID**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October 2018, a true and correct copy of the foregoing document was sent via CM/ECF electronic filing and/or U.S. mail to the following:

> Daniel H. Byrne
> Dale L. Roberts
> Fritz, Byrne, Head & Gilstrap, PLLC
> 221 W. 6th Street, Suite 960
> Austin, TX 78701
> dbyrne@fbhg.law
> droberts@fbhg.law

*/s/ Beverly Reeves*
Beverly Reeves