FILED
2018 OCT 15 PM 4:00
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**RICHARD MEYER**
Plaintiff,

-vs-

**MARK WAID**,
Defendant.

Case No. 1:18-CV-00800-LY

## ORDER

BE IT REMEMBERED on this the **15th** day of **October**, 20**18**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Mark S. Zaid** ("Applicant"), counsel for **Mark Waid** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Mark Waid** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **15th** day of **October** 20**18**.

_____
UNITED STATES DISTRICT JUDGE