# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CASE NO.: 1:18-CV-00800 | |
| § | | |
| MARK WAID, § | (Jury Demanded) | |
| Defendant. § | | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Before the Court is Plaintiff Richard Meyer's Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [Dkt. 10] (the "Motion"). Having considered the Motion and the pleadings and papers on file in this cause, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Richard Meyer's deadline to file a response to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction has been extended to November 30, 2018.

Dated this the _____ day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE