IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case No. 1:18-cv-00800-LY |
| | § | |
| MARK WAID, | § | |
| Defendant | § | |

## NOTICE OF FILING SUPPLEMENTAL DECLARATION

Defendant filed a Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(2) on November 2, 2018. (Doc. 10) In support of the Motion, Mark Waid submitted a declaration as Exhibit A to the Motion. (Doc. 10-A).

Defendant hereby provides notice of filing of a supplemental declaration. Counsel for Defendant provided a copy of the declaration to Plaintiff's counsel on Monday, November 12, 2018, and informed him of the intent to file the supplemental declaration. Plaintiff's counsel does not object to this filing.

Dated: November 16, 2018       Respectfully submitted,

**REEVES & BRIGHTWELL LLP**

*/s/ Ryan Pierce*
Beverly Reeves, Esq.
State Bar No. 16716500
breeves@reevesbrightwell.com
Ryan Pierce, Esq.
State Bar No. 24035413
rpierce@reevesbrightwell.com
221 W. 6th Street, Suite 1000
Austin, TX 78701
(512) 334-4500
(512) 334-4492 (facsimile)

Mark S. Zaid, Esq.
D.C. Bar #440532 (admitted *Pro Hac Vice*)
Mark@MarkZaid.com
Mark S. Zaid, P.C.
1250 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax

**ATTORNEYS FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 16th day of November 2018 the above and foregoing document was served using the Court's ECF system on the following counsel of record:

Daniel H. Byrne
Dale L. Roberts
Fritz, Byrne, Head & Gilstrap, PLLC
221 W. 6th St., Suite 960
Austin, TX 78701
dbyrne@fbhg.law
droberts@fbhg.law

*/s/ Ryan Pierce*
Ryan Pierce