IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Case No. 1:18-cv-00800-LY |
| | § | |
| MARK WAID, | § | |
|     Defendant | § | |

## SUPPLEMENTAL DECLARATION OF MARK WAID

I, Mark Waid, upon oath, hereby declare:

1. My name is Mark Waid. I am over 18 years old, of sound mind, and I am capable of making this declaration. I have personal knowledge of the facts set forth herein, and, if called to testify, I could and would do so competently under oath. The statements herein are within my personal knowledge and are true and correct.

2. I executed a declaration in this case on November 1, 2018.

3. I wanted to make a clarification to my November 1, 2018 declaration. In that declaration, it is stated, "I have not made any statements regarding Plaintiff while I was in Texas." After I signed my declaration, I recalled an interview in which I was asked a question while I was in Houston, Texas about "Comicsgate" and that I answered in part with reference to the Plaintiff and his proposed book. Therefore, I wanted to correct the foregoing statement.

4. The Comicpalooza convention was in Houston on or about May 25-27, 2018. During that convention, I was part of a lengthy panel discussion, on May 26, which is publicly available. Here is a link to the discussion: https://www.youtube.com/watch?v=AbLVYvXnwp0. The above-mentioned question and answer begins at or about 18:50 of the more than hour long

recording and lasts approximately five minutes. This discussion occurred approximately two weeks <u>after</u> my phone discussion with Antarctic Press that I discussed in my November 1, 2018 declaration and <u>after</u> that publisher's decision to not publish the Plaintiff's book. By that time I had learned Antarctic Press was located in Texas.

5. I apologize for earlier stating I had not made statements regarding Plaintiff while in Texas. I had forgotten that I had discussed the situation involving Plaintiff while I was in Houston. This was an honest oversight on my part. I otherwise reiterate as true and accurate the statements in my November 1, 2018 declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2018, at Santa Monica, California.

_____
Mark Waid