IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, § | | |
|     Plaintiff | § | |
| | § | |
| v. | § | Case No. 1:18-cv-00800-LY |
| | § | |
| MARK WAID, | § | |
|     Defendant | § | |

# AGREED MOTION FOR ENTRY OF
# CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiff Richard Meyer and Defendant Mark Waid file this Agreed Motion for Entry of Confidentiality and Protective Order. The parties have conferred and agreed to the proposed Confidentiality and Protective Order and respectfully request that the Court enter the Protective Order attached to this motion.

Respectfully submitted,

REEVES & BRIGHTWELL LLP

*/s/ Ryan Pierce*
Beverly Reeves
State Bar No. 16716500
breeves@reevesbrightwell.com
Ryan Pierce
State Bar No. 24035413
rpierce@reevesbrightwell.com
221 W. 6th Street, Suite 1000
Austin, TX  78701
(512) 334-4500
(512) 334-4492 (facsimile)

        Mark S. Zaid, Esq.
        D.C. Bar #440532 (admitted *Pro Hac Vice*)
        Mark@MarkZaid.com
        Mark S. Zaid, P.C.
        1250 Connecticut Ave., N.W., Suite 700
        Washington, D.C. 20036
        (202) 454-2809
        (202) 330-5610 (facsimile)

        **ATTORNEYS FOR DEFENDANT**


        FRITZ, BYRNE, HEAD & GILSTRAP, PLLC


        */s/ Dale L. Roberts*
        Daniel H. Byrne
        State Bar No. 03565600
        dbyrne@fbhg.law
        Dale L. Roberts
        State Bar No. 24001123
        droberts@fbhg.law
        221 West Sixth Street, Suite 960
        Austin, TX 78701
        (512) 476-2020
        (512) 477-5267 (facsimile)

        **ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2019 the above and foregoing document was served via the Court's ECF system on the following counsel of record:

        Daniel H. Byrne
        Dale L. Roberts
        Fritz, Byrne, Head & Gilstrap, PLLC
        221 W. 6th St., Suite 960
        Austin, TX 78701
        dbyrne@fbhg.law
        droberts@fbhg.law


        */s/ Ryan Pierce*
        Ryan Pierce