UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § § § | |
| Plaintiff, | § § | CASE NO. 1:18-CV-00800-LY |
| v. | § § | |
| MARK WAID, | § § | |
| Defendant. | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR MOTION PURSUANT TO FED. R. CIV. P. 12

TO THE HONORABLE UNITED STATES DISTRICT COURT:

1. Defendant Mark Waid ("Defendant") was served by Richard Meyer ("Plaintiff") in this case on September 21, 2018. Defendant's deadline to file his answer or a motion pursuant to Fed. R. Civ. P. 12 is October 12, 2018.

2. Defendant requests that the Court extend the deadline for Defendant to file his answer or a motion pursuant to Fed. R. Civ. P. 12 by three weeks, until November 2, 2018.

3. Defendant requests the extension to allow him sufficient time to prepare his answer or a motion pursuant to Fed. R. Civ. P. 12.

4. This motion has been filed prior to the expiration of Defendant's deadline to file his answer or a motion pursuant to Fed. R. Civ. P. 12.

5. **Certificate of Conference**: Counsel for Defendant, Beverly Reeves, has conferred with counsel for Plaintiff, Dan Byrne, regarding the relief requested in this motion. Plaintiff consents to the proposed extension requested in this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court sign the attached order granting the extension requested herein.

>Respectfully submitted,
>
>REEVES & BRIGHTWELL LLP
>
>*/s/ Beverly Reeves*
>Beverly Reeves
>State Bar No. 16716500
>breeves@reevesbrightwell.com
>Ryan Pierce
>State Bar No. 24035413
>rpierce@reevesbrightwell.com
>221 W. 6th Street, Suite 1000
>Austin, TX 78701-3410
>512.334.4500 Telephone
>512.334.4492 Facsimile
>
>**ATTORNEYS FOR DEFENDANT MARK WAID**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October 2018, a true and correct copy of the foregoing document was sent via CM/ECF electronic filing and/or U.S. mail to the following:

> Daniel H. Byrne
> Dale L. Roberts
> Fritz, Byrne, Head & Gilstrap, PLLC
> 221 W. 6th Street, Suite 960
> Austin, TX 78701
> dbyrne@fbhg.law
> droberts@fbhg.law

>*/s/ Beverly Reeves*
>Beverly Reeves