UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § § § | |
| Plaintiff, | § § | CASE NO. 1:18-CV-00800-LY |
| v. | § § | |
| MARK WAID, | § § | |
| Defendant. | § § | |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR MOTION PURSUANT TO FED. R. CIV. P. 12

On this day came before the Court Defendant Mark Waid's Unopposed Motion for Extension of Time to File Answer or Motion Pursuant to Fed. R. Civ. P. 12. The Court finds good cause for the motion, which is hereby GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant Mark Waid to file his answer or motion pursuant to Fed. R. Civ. P. 12 is extended to November 2, 2018.

SIGNED AND ENTERED this ___ day of _____, 2018.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE