UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 1:18-CV-00800-LY |
| v. | § | |
| | § | |
| MARK WAID, | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED AND JOINT MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND TO FILE REPLY

Plaintiff Richard Meyer and Defendant Mark Waid file this Unopposed and Joint Motion to Extend Time to Respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and to File Reply (the "Motion").

1. Defendant Mark Waid filed his Motion on November 2, 2018 (Dkt. 10).

2. Plaintiff Richard Meyer filed an unopposed motion for leave to conduct jurisdictional discovery on November 28, 2018 (Dkt. 16), and the Court granted the motion on November 29, 2018 (Dkt. 17). The Court, *inter alia*, allowed certain jurisdictional discovery, and ordered that Plaintiff's response to the Motion be due March 29, 2019 (Dkt. 17).

3. The parties have engaged in discovery on the jurisdictional issues. However, Defendant's counsel has a trial set in Travis County District Court starting the week of April 8, 2019 and will be preparing for trial the week before. Currently, with the Plaintiff's response deadline of March 29th, Defendant's reply would be due April 8, 2019, which will be during Defendant's trial and trial preparations.

4. The parties have agreed that Plaintiff's response to the Motion will be due on or before April 12, 2019, and Defendant's reply will be due on or before April 22, 2019.

**CERTIFICATE OF CONFERENCE**

Undersigned counsel for Plaintiff and Defendant have conferred and they agree to the relief requested herein.

**PRAYER**

The parties request that the Court grant their request that Plaintiff file his response to the Motion on or before April 12, 2019, and Defendant file his reply on or before April 22, 2019.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant request that the Court sign the attached order granting the extension requested herein.

Dated: March 20, 2019

Respectfully submitted,

REEVES & BRIGHTWELL LLP

*/s/ Ryan Pierce*
Beverly Reeves
State Bar No. 16716500
breeves@reevesbrightwell.com
Ryan Pierce
State Bar No. 24035413
rpierce@reevesbrightwell.com
221 W. 6th Street, Suite 1000
Austin, TX 78701-3410
512.334.4500
512.334.4492 (Facsimile)

Mark S. Zaid, Esq.
D.C. Bar #440532 (admitted *Pro Hac Vice*)
Mark@MarkZaid.com
Mark S. Zaid, P.C.
1250 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax

**ATTORNEYS FOR DEFENDANT**


FRITZ, BYRNE, HEAD & GILSTRAP, PLLC


*/s/ Dale L. Roberts*
Daniel H. Byrne
State Bar No. 03565600
dbyrne@fbhg.law
Dale L. Roberts
State Bar No. 24001123
droberts@fbhg.law
221 West Sixth Street, Suite 960
Austin, TX 78701
(512) 476-2020
(512) 477-5267 (facsimile)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of March 2019, a true and correct copy of the foregoing document was sent via CM/ECF electronic filing to the following:

Daniel H. Byrne
Dale L. Roberts
Fritz, Byrne, Head & Gilstrap, PLLC
221 W. 6th Street, Suite 960
Austin, TX 78701
dbyrne@fbhg.law
droberts@fbhg.law

*/s/ Ryan Pierce*
Ryan Pierce