UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § § § | |
| Plaintiff, | § § | CASE NO. 1:18-CV-00800-LY |
| v. | § § | |
| MARK WAID, | § § | |
| Defendant. | § § | |

## ORDER

On this day came before the Court the parties' Unopposed and Joint Motion To Extend Time to Respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and To File Reply.

The Court hereby GRANTS the motion to extend time. It is hereby ORDERED that Plaintiff's response to the Motion to Dismiss will be due on or before April 12, 2019, and Defendant's reply will be due on or before April 22, 2019.

SIGNED AND ENTERED this ___ day of _____, 2019.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE