IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 APR 29  AM 11: 12

CLERK US DISTRICT COURT
WESTERN DISTRICT TEXAS
BY_____
       DEPUTY

| | | |
|---|---|---|
| RICHARD MEYER, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-18-CV-0800-LY |
| | § | |
| MARK WAID, | § | |
| DEFENDANT. | § | |
| | § | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant Mark Waid's Defendant's Motion to Dismiss for Lack of Personal Jurisdiction filed November 2, 2018 (Clerk's Document No. 10), Waid's Notice of Filing Supplemental Declaration filed November 16, 2018 (Clerk's Document No. 12), Plaintiff Richard Meyer's Response to Motion to Dismiss for Lack of Jurisdiction filed April 12, 2019 (Clerk's Document No. 23), and Waid's Defendant's Reply to Plaintiff's Response to Motion to Dismiss for Lack of Jurisdiction filed April 22, 2019 (Clerk's Document No. 24) are **REFERRED** to United States Magistrate Judge Mark Lane for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this 29th day of April, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE