IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.: 1:18-CV-00800 |
| | § | |
| MARK WAID, | § | (Jury Demanded) |
|    Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

CAME ON FOR CONSIDERATION, Plaintiff's Motion for Leave to File First Amended Complaint (the "Motion"). Having considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion that the Motion should be granted. It is therefore,

ORDERED, that Plaintiff's Motion for Leave to File First Amended Complaint is hereby granted, and the First Amended Complaint attached as **Exhibit A** to the Motion is hereby ordered to be filed.

SIGNED on _____, 2019.

_____
UNITED STATES DISTRICT JUDGE