UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 1:18-CV-00800-LY |
| v. | § | |
| | § | |
| MARK WAID, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

On this day came before the Court the unopposed motion to extend time for the parties to respond to objections to the Magistrate Judge's Report and Recommendation on Defendant's Motion to Dismiss, and to extend the time for Defendant to file a response to Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint.

The Court hereby GRANTS the motion. It is hereby ORDERED that the deadlines for the parties' respective responses to objections to the Magistrate Judge's Report and Recommendation on Defendant's Motion to Dismiss, and Defendant's response to Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint, are hereby extended to July 12, 2019.

SIGNED AND ENTERED this ___ day of _____, 2019.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE