IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.: 1:18-CV-00800 |
| | § | |
| MARK WAID, | § | (Jury Demanded) |
|    Defendant. | § | |

## ORDER OVERRULING DEFENDANT'S OBJECTION TO UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

CAME ON FOR CONSIDERATION, Defendant's Objection to United States Magistrate Judge's Report and Recommendation [Dkt. 27] ("Defendant's Objection"). Having reviewed *de novo* the Defendant's Objection as well as the Report and Recommendation of the United States Magistrate Judge [Dkt. 26] (the "Report and Recommendation"), the Court is of the opinion that the Defendant's Objection should be overruled. It is therefore,

ORDERED, that Defendant's Objection to United States Magistrate Judge's Report and Recommendation is overruled, and the Report and Recommendation is adopted as to Plaintiff Richard Meyer's cause of action for tortious interference with contract.

SIGNED on _____, 2019.

_____
UNITED STATES DISTRICT JUDGE