UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § § § | |
| Plaintiff, | § § | CASE NO. 1:18-CV-00800-LY |
| v. | § § | |
| MARK WAID, | § § | |
| Defendant. | § § | |

## ORDER

On this day came before the Court Plaintiff's Motion for Leave to File First Amended Complaint (Dkt. 28).

The Court hereby DENIES the motion, and Plaintiff is DENIED leave to file a First Amended Complaint.

SIGNED AND ENTERED this ___ day of _____, 2019.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE