IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.: 1:18-CV-00800 |
| | § | |
| MARK WAID    , | § | (Jury Demanded) |
|    Defendant. | § | |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY TO
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

Richard Meyer files this Unopposed Motion to Extend Time to File his Reply to Defendant's Response to Plaintiff's Motion for Leave to File First Amended Complaint (the "Response") [Dkt. 35].

1. Waid filed the Response on July 12, 2019. Under Rule CV-7(f)(2) of this Court's Local Rules, Meyer's reply to the Response is currently due on July 19, 2019. Meyer requests that the Court extend his deadline for responding to the Motion for two business days, until July 23, 2019. Dale Roberts, counsel for Meyer who is primarily responsible for preparing the reply, experienced a family emergency on July 18, 2019, requiring him to be out of the office and, so Meyer needs additional time to prepare the reply.

2. Meyer and Waid's counsel have conferred regarding the relief sought by this motion. Waid's counsel confirmed that Waid does not oppose that relief.

Accordingly, Plaintiff Richard Meyer respectfully requests that the Court order that the deadline for Meyer to file his Reply to Defendant's Response to Plaintiff's Motion for Leave to File First Amended Complaint be extended until July 23, 2019, and that the Court grant such other

and further relief to which Meyer may be justly entitled.

                Respectfully submitted,

                FRITZ, BYRNE, HEAD & GILSTRAP, PLLC
                221 West Sixth Street, Suite 960
                Austin, Texas 78701
                Telephone:  (512) 476-2020
                Telecopy:    (512) 477-5267

BY:    /s/ Dale L. Roberts
        Daniel H. Byrne
        State Bar No. 03565600
        Email:  dbyrne@fbhg.law
        Dale L. Roberts
        State Bar No. 24001123
        Email:  droberts@fbhg.law

ATTORNEYS FOR PLAINTIFF RICHARD MEYER

## CERTIFICATE OF SERVICE

      I certify that this document was served on the counsel of record listed below using the Court's ECF system on July 19, 2019:

Beverly Reeves
breeves@reevesbrightwell.com
Ryan Pierce
rpierce@reevesbrightwell.com
Reeves & Brightwell, LLP
221 West Sixth Street, Suite 1000
Austin, Texas

Mark S. Zaid
mark@markzaid.com
Mark S. Zaid, P.C.
1250 Connecticut Avenue, Northwest, Suite 700
Washington, D.C. 20036