IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CASE NO.: 1:18-CV-00800 | |
| § | | |
| MARK WAID, § | (Jury Demanded) | |
| Defendant. § | | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Before the Court is Plaintiff Richard Meyer's Unopposed Motion to Extend Time to File his Reply to Defendant's Response to Plaintiff's Motion for Leave to File First Amended Complaint [Dkt. 35]. Having considered the Motion and the pleadings and papers on file in this cause, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Richard Meyer's deadline to file his reply to Defendant's Response to Plaintiff's Motion for Leave to File First Amended Complaint has been extended to July 23, 2019.

Dated this the 19th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE