UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 1:18-CV-00800-LY |
| v. | § | |
| | § | |
| MARK WAID, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING CONFIRMATION OF DEADLINE TO FILE TCPA MOTION

On this day came before the Court Defendant Mark Waid's Unopposed Motion for Confirmation of the Deadline to File Texas Citizens Participation Act ("TCPA") Motion.

The Court hereby GRANTS Defendant's Motion for Confirmation of the Deadline to File TCPA Motion. The Court's previous order (Dkt. 15) is hereby confirmed, and it is hereby ORDERED that the deadline is extended, such that if the Court denies (in whole or in part) Defendant's anticipated motion to dismiss the first amended complaint for lack of personal jurisdiction, Defendant would only then need to file any motion under the TCPA within 14 days of the Court's order on the jurisdictional motion. For clarity, the 14-day period would not begin to run on a magistrate's report and recommendation, but only on the Court's order on that report and recommendation.

SIGNED this 2nd day of August, 2019.

HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE