IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.: 1:18-CV-00800 |
| | § | |
| MARK WAID, | § | (Jury Demanded) |
|    Defendant. | § | |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF JURISDICTION**

CAME ON FOR CONSIDERATION, Defendant's Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Jurisdiction [Dkt. 43] (the "Second Motion to Dismiss"). Having reviewed Motion to Dismiss and response thereto, along with the evidence submitted therewith, the Court is of the opinion that the Second Motion to Dismiss should be denied. It is therefore,

ORDERED, that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Jurisdiction is DENIED.

SIGNED on _____, 2019.

                                                                                                             _____
                                                                                                             UNITED STATES DISTRICT JUDGE