IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 SEP 16  AM 10: 13

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

| | | |
|---|---|---|
| RICHARD MEYER, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-18-CV-0800-LY |
| | § | |
| MARK WAID, | § | |
| DEFENDANT. | § | |
| | § | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant Mark Waid's Defendant's Motion to Dismiss Plaintiffs First Amended Complaint For Lack of Personal Jurisdiction filed August 7, 2019 (Clerk's Document No. 43), Plaintiff Richard Meyer's Response to Motion to Dismiss First Amended Complaint filed August 21, 2019 (Clerk's Document No .44), and Waid's Reply in Support of Motion to Dismiss Plaintiffs First Amended Complaint For Lack of Personal Jurisdiction filed August 28, 2019 (Clerk's Document No. 46) are **REFERRED** to United States Magistrate Judge Mark Lane for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this _____ day of September, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE