IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER<br>*Plaintiff* | §<br>§<br>§<br>§ | |
| VS. | §<br>§<br>§<br>§<br>§ | Case No.  1:18-CV-00800-LY |
| MARK WAID<br>*Defendant* | §<br>§ | |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case has been set for an INITIAL PRETRIAL CONFERENCE in Chambers, on the Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas on **January 7, 2020 at 3:30 PM.**

The parties' proposed scheduling order is tentatively approved and the parties shall comply with the dates set forth in paragraphs 1 through 7 of such proposed order pending the initial pretrial conference.

At the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this 2nd day of December, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE