UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 1:18-CV-00800-LY |
| v. | § | |
| | § | |
| MARK WAID, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING EXTENSION OF
## DEADLINE TO FILE TCPA MOTION

On this day came before the Court Defendant Mark Waid's Unopposed Motion for Further Extension of the Deadline to File Texas Citizens Participation Act ("TCPA") Motion.

The Court hereby GRANTS Defendant's motion to extend the deadline to file a TCPA motion.  Defendant's deadline for filing a motion to dismiss under the TCPA shall be the same as the deadline for filing dispositive motions, or November 27, 2020.

SIGNED AND ENTERED this ___ day of _____, 2020.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE