IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, §  Plaintiff § | § | |
| v. | § | Case No. 1:18-cv-00800-LY |
| | § | |
| MARK WAID, §  Defendant § | § | |

## JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE JUDGE LEE YEAKEL:

Pursuant to the court's scheduling order (Dkt. No. 50), as amended by agreement of the parties, and Local Rule CV-88, the parties submit this Joint Report on Alternative Dispute Resolution, as follows:

1. **Status of settlement discussions.**

As required by the Local Rules and the Scheduling Order, the parties have exchanged settlement offers.

2. **Responsible persons.**

It is anticipated that the persons responsible for any settlement negotiations that may occur in the future will be Plaintiff Richard Meyer, by and through his attorney of record, and Defendant Mark Waid, by and through his attorney of record.

3. **ADR evaluation.**

At this time the parties do not believe this case is a good candidate for alternative dispute resolution.

-1-

Dated: April 24, 2020 Respectfully Submitted,

/s/  Dale L. Roberts
Daniel H. Byrne
State Bar No. 03565600
dbyrne@fbhg.law
Dale L. Roberts
State Bar No. 24001123
droberts@fbhg.law
Fritz, Byrne, Head & Gilstrap, PLLC
221 W. 6th Street, Suite 960
Austin, TX 78701
512.476.2020 Telephone
512.477.5267 Facsimile

**COUNSEL FOR PLAINTIFF**

AND

*/s/ Ryan Pierce*
 Beverly Reeves
State Bar No. 16716500
breeves@reevesbrightwell.com
Ryan Pierce
State Bar No. 24035413
rpierce@reevesbrightwell.com
Reeves & Brightwell LLP
221 W. 6th Street, Suite 1000
Austin, TX  78701-3410
512.334.4500 Telephone
512.334.4492 Facsimile

Mark S. Zaid, Esq.
D.C. Bar #440532 (admitted *Pro Hac Vice*)
Mark@MarkZaid.com
Mark S. Zaid, P.C.
1250 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20036
202.454.2809 Telephone
202.330.5610 Facsimile

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2020, a true and correct copy of the foregoing document was sent via CM/ECF electronic filing to the following:

>Daniel H. Byrne
>Dale L. Roberts
>Fritz, Byrne, Head & Gilstrap, PLLC
>221 W. 6th Street, Suite 960
>Austin, TX 78701
>dbyrne@fbhg.law
>droberts@fbhg.law

                                  */s/ Ryan Pierce*
                                  Ryan Pierce