IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 SEP 28 PM 3:05
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ SW
        DEPUTY

| | |
|---|---|
| RICHARD MEYER,<br>　　　　PLAINTIFF,<br><br>V.<br><br>MARK WAID,<br>　　　　DEFENDANT. | §<br>§<br>§<br>§  CAUSE NO. A-18-CV-0800 LY<br>§<br>§<br>§<br>§ |

## TRANSFER ORDER

Before the court is the above-styled and numbered cause. It appears to the court that the above-styled and numbered cause should be transferred from the docket of the Honorable Lee Yeakel to the docket of the Honorable David A. Ezra, Senior United States District Judge, both judges having consented to the transfer.

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the Austin Docket of the Honorable David A. Ezra, Senior United States District Judge, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective January 1, 2020, the Clerk shall credit this case to the percentage of business of the receiving Judge.

All current settings remain in effect.

SIGNED this _28th_ day of September, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LEE YEAKEL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE