UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Richard Meyer | § § | |
| vs. | § § § | NO:  AU:18-CV-00800-DAE |
| Mark Waid | § | |

ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE

On September 28, 2020 the above named and numbered civil action was transferred to the Honorable David A. Ezra, Senior United States District Judge. The pretrial conference and trial setting set by the Court's Scheduling Order (Dkt No. 50) entered on January 7, 2020 are hereby **VACATED**.  The remaining deadlines in said scheduling order shall remain in effect.  The pretrial conference and trial for this case will be reset at a later date by this honorable court.

IT IS SO ORDERED.

DATED: Austin, Texas, October 16, 2020.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE