IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER,<br>    Plaintiff | § § § | |
| v. | § § | Case No. 1:18-cv-00800-LY |
| MARK WAID,<br>    Defendant | § § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE DAVID ALAN EZRA:

Plaintiff Richard Meyer hereby dismisses this lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41.  Defendant consents to the dismissal.  Plaintiff intends for this stipulation to effectuate a dismissal upon filing; but for the Court's convenience, attached is an order of dismissal.

Dated: December 22, 2020

Respectfully Submitted,

_____
Daniel H. Byrne
 State Bar No. 03565600
 dbyrne@fbhg.law
 Dale L. Roberts
 State Bar No. 24001123
 droberts@fbhg.law
 Fritz, Byrne, Head & Gilstrap, PLLC
221 W. 6th Street, Suite 960
 Austin, TX 78701
 512.476.2020 Telephone   512.477.5267 Facsimile

**ATTORNEYS FOR PLAINTIFF**

**CONSENTED TO**:

_____
Beverly Reeves
State Bar No. 16716500
breeves@reevesbrightwell.com
Ryan Pierce
State Bar No. 24035413
rpierce@reevesbrightwell.com
Reeves & Brightwell LLP
221 W. 6th Street, Suite 1000
Austin, TX  78701-3410
512.334.4500 Telephone
512.334.4492 Facsimile

Mark S. Zaid, Esq.
D.C. Bar #440532 (admitted *Pro Hac Vice*)
Mark@MarkZaid.com
Mark S. Zaid, P.C.
1250 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20036
202.454.2809 Telephone
202.330.5610 Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, a true and correct copy of the foregoing document was sent via CM/ECF electronic filing and/or U.S. mail to the following:

>Beverly Reeves
>Ryan Pierce
>Reeves & Brightwell LLP
>221 W. 6th Street, Suite 1000
>Austin, TX 78701
>breeves@reevesbrightwell.com
>rpierce@reevesbrightwell.com
>
>Mark S. Zaid, Esq.
>Mark S. Zaid, P.C.
>1250 Connecticut Ave., N.W., Suite 700
>Washington, D.C. 20036
>Mark@MarkZaid.com

_____
Dale L. Roberts