IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER,<br>    Plaintiff | § § § | |
| v. | § § | Case No. 1:18-cv-00800-LY |
| MARK WAID,<br>    Defendant | § § § | |

### ORDER

On this day there was presented to the Court the Stipulation of Dismissal With Prejudice filed by Plaintiff Richard Meyer in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that this lawsuit is hereby DISMISSED with prejudice.

IT IS FURTHER ORDERED that all costs and attorneys' fees are adjudged against the party incurring same.

SIGNED this _____ day of _____, 2020.

_____
THE HONORABLE DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE