UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD MEYER, | § | 1:18-CV-800-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| MARK WAID, | § | |
| | § | |
| Defendant | § | |

ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is an Unopposed Stipulation of Dismissal With Prejudice (Dkt. # 62) filed by Plaintiff Richard Meyer in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

**IT IS ORDERED** that this lawsuit is hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all costs and attorneys' fees are adjudged against the party incurring same.

The Clerk of the Court is **DIRECTED** to **CLOSE** the case.

**IT IS SO ORDERED.**

**DATED**: Austin, TX, December 23, 2020.

_____
David Alan Ezra
Senior United States District Judge